IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO.  3:07cr187TSL-LRA

PERRY LEE WILSON

ORDER OF DISMISSAL
COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against the defendant, PERRY LEE WILSON, without prejudice.

DUNN LAMPTON
United States Attorney

Date:   May 27, 2008                        By:    s/ Erin O. Chalk
                                                   Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

ORDERED this the 27th day of May, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE